# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TAMEY IERY,<br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | Civil Action No.: 3:16-cv-00158<br><br>JUDGE RICE<br><br>MAGISTRATE JUDGE NEWMAN |

## ORDER

The Court grants the parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and awards Plaintiff attorney fees in the amount of $7,500.00 in full satisfaction of any claims for fees, expenses, and costs under 28 U.S.C. § 2412 that may be payable in this case.

Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

Date: 10-19-17         Entered: _____